In the Matter of the Accounting of OGDEN W. YOUNGER, as Executrix of KENNETH R. YOUNGER, Deceased, Respondent. TOMPKINS COUNTY TRUST COMPANY, Appellant.— GIBSON, P. J.

628

Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur in memorandum by Gibson, P. J. [43 Misc 2d 699.]